# Third District Court of Appeal

## State of Florida

Opinion filed September 8, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D21-148
Lower Tribunal Nos. 12-4070 SP; 20-145 AP

————————

**Granada Insurance Company,**
Appellant,

vs.

**Executive Diagnostic Center a/a/o Felix Alayon,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Milena Abreu, Judge.

Perez Law Group, P.A., and Luis N. Perez, for appellant.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellee.

Before FERNANDEZ, C.J., and LOGUE and BOKOR, JJ.

PER CURIAM.

Affirmed.